Case Name: CHAMPLIN, ARTHUR
            A & B AUTO PARTS
Case No:    07-72454

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: March 11, 2008              WILLIAM T. NEARY
                                          United States Trustee, Region 11


                                BY:   */s/ Carole J. Ryczek*
                                          CAROLE J. RYCZEK
                                          Attorney for the U.S. Trustee