IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
CHAMPLIN, ARTHUR

A & B AUTO PARTS

CASE NO. 07-72454 MB

Judge Manuel Barbosa

Debtor(s)

Social Security/Employer Tax ID Number:

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

    At:    U.S. BANKRUPTCY COURT
           211 South Court Street, Room 220
           Rockford, IL 61101

    on:    April 14, 2008
    at:    9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 3,250.00 | |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA Trustee's Firm Legal | $ 0.00 | $ 344.00 | |
| BARRICK, SWITZER, LONG, BALSLEY VAN EVERA Trustee's Firm Legal | $ 0.00 | $ | 156.00 |

4. The Trustee's Final Report shows total:

    a. Receipts                             $        28,752.16

    b. Disbursements                        $            0.00

    C. Net Cash Available for Distribution  $        28,752.16

*EXHIBIT A*

5.  In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $25,002.16, to be distributed to the general unsecured creditor whose claim has been allowed in the amount of $25,000.00 and the balance of $2.16 to be paid to the debtor. The total amount of unsecured claims which will share in the distribution is $25,000.00, resulting in an approximate distribution of 100.00% to unsecured creditors.

6.  The debtor has been discharged.

7.  The Trustee proposed to abandon the following property at the hearing:

    See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.


DATE: 3/6/08                    /s/ James E. Stevens
                                James E. Stevens

EXHIBIT A