## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | In Bankruptcy Under Chapter 7 |
| ) | |
| ARTHUR CHAMPLIN, ) | Case No. 07 B 72454 |
| ) | |
| ) | |
| Debtor. ) | Judge Manuel Barbosa |

### TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. All evidence of all cancelled checks are attached as Group Exhibit "A,

The final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

TRUSTEE, JAMES E. STEVENS

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: 7-17-08

WILLIAM T. NEARY,
United States Trustee
By: Christine K. Miller
CHRISTINE K. MILLER, Paralegal Specialist

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

May 31, 2008 through June 30, 2008
Account Number: **000312096999666**

**CUSTOMER SERVICE INFORMATION**

Service Center:    1-800-634-5273



00017111 DBI 802 24 18408 - NNNNN  1 000000000 60 0000
07-72454 CHAMPLIN ARTHUR
DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CHECKING SUMMARY
Bankruptcy Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $9.23 |
| Checks Paid | 1 | - 9.23 |
| Ending Balance | 1 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 105 | 06/09 | $9.23 |
| Total Checks Paid | | $9.23 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/09 | $0.00 |

**JPMorganChase**

April 01, 2008 through April 30, 2008

Primary Account: **000312096999665**

ACCOUNT # 000312096999666
CHAMPLIN ARTHUR
07-72454

**IMAGES**



004910214847 APR 17 #0000000101 $3,250.00



004910214847 APR 17 #0000000101 $3,250.00



004910214848 APR 17 #0000000102 $156.00



004910214848 APR 17 #0000000102 $156.00



**JPMorganChase**

April 01, 2008 through April 30, 2008
Primary Account: **000312096999665**

ACCOUNT # 000312096999666
CHAMPLIN ARTHUR
07-72454



004910214849 APR 17 #0000000103 $344.00



004910214849 APR 17 #0000000103 $344.00



002710223197 APR 23 #0000000104 $25,000.00



002710223197 APR 23 #0000000104 $25,000.00



**JPMorganChase**

May 31, 2008 through June 30, 2008

Account Number: **000312096999666**

ACCOUNT # 000312096999666
CHAMPLIN ARTHUR
07-72454

**IMAGES**



004910760150 JUN 09 #0000000105 $9.23



004910760150 JUN 09 #0000000105 $9.23